**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1157

LINDA WHITE,

                    Plaintiff - Appellant,

          v.

SANTEE COOPER,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Richard Mark Gergel, District
Judge.   (2:10-cv-00536-RMG)

Submitted:  March 29, 2012              Decided:  April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Linda White, Appellant Pro Se.   Stephen Lynwood Brown, YOUNG
CLEMENT RIVERS, LLP, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this action alleging employment discrimination, Linda White appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Cooper, No. 2:10-cv-00536-RMG (D.S.C. Jan. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED